**Exhibit A to the Amended Complaint**

**Location:** Sterling, VA  
**Total Works Infringed:** 60  
**IP Address:** 173.79.106.11  
**ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 91D20F2346D10487918AC0EBE2EDBBA453B17B79 | Blacked Raw | 11/20/2017 00:05:48 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 2 | 0946BCB9FA321EEB4153B631B911DCCD8D12FC41 | Blacked | 08/24/2017 14:46:25 | 08/23/2017 | 08/24/2017 | 15894022831 |
| 3 | 113E8171FBAFE37AF82187562AE6BB3C0124781B | Tushy | 05/06/2017 22:54:33 | 05/06/2017 | 06/16/2017 | PA0002069288 |
| 4 | 1224B59A585BD2292D46556CBF98A03FC30EA370 | Blacked | 10/28/2017 09:17:16 | 10/27/2017 | 11/15/2017 | 16016503839 |
| 5 | 1DA248FC12C1C16FEFCDDD9BC8E73085C2BFFDB9 | Tushy | 07/06/2017 10:20:05 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 6 | 1F1523CE21888D1021051942687079E80D7FEAF9 | Tushy | 11/11/2017 11:50:13 | 11/07/2017 | 11/15/2017 | 16013185672 |
| 7 | 230CAD0925ECCA9175FBB1450E92B9CCAD2CCD55 | Vixen | 05/30/2017 15:15:03 | 05/19/2017 | 06/22/2017 | PA0002039287 |
| 8 | 283CEAEF2229EE7108A20F79A53DF0EE7CBECFF3 | Blacked Ra | 11/04/2017 13:34:35 | 11/03/2017 | 11/15/2017 | 16013254941 |
| 9 | 31440A42BC797B12AE77BEA939981A949BC68E0A | Vixen | 09/12/2017 12:56:00 | 09/11/2017 | 09/20/2017 | PA0002052839 |
| 10 | 3E40DED927504F896ECCDCB7191D37FDDF77FE55 | Tushy | 09/09/2017 14:10:37 | 09/08/2017 | 09/20/2017 | PA0002052841 |
| 11 | 3EA668435D89B084C5DD282F3E87D1C0B40419E4 | Blacked | 12/04/2017 03:29:08 | 04/30/2017 | 06/15/2017 | PA0002037580 |
| 12 | 4275F15A3290584C8061DEE44915873D99AC6E50 | Tushy | 12/10/2017 01:38:00 | 12/07/2017 | 12/17/2017 | 16159649536 |
| 13 | 438C2A396C19B30F7ABD2F8A66FE73D31385F720 | Blacked | 11/18/2017 02:52:32 | 11/16/2017 | 11/18/2017 | 16020392782 |
| 14 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 09/07/2017 00:05:53 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 15 | 4D82ADD27F7568F6D59A64F777E43A27BD64652E | Tushy | 11/27/2017 05:22:12 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 16 | 5554570156FC9CCD23D39D2946BF8EACB0F41F70 | Tushy | 05/30/2017 14:03:36 | 05/26/2017 | 06/22/2017 | PA0002039288 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 598A42B736B1783A780DEEA6840CE0B027A99076 | Vixen | 10/21/2017 19:54:37 | 10/16/2017 | 10/22/2017 | 15918925812 |
| 18 | 62A7C24CA4AD36F61A2FE2F461961218721D46E6 | Tushy | 10/21/2017 22:04:34 | 10/18/2017 | 11/15/2017 | 16016503463 |
| 19 | 70403C28F20120B83A8015EA2F63FF5388CFBC6B | Blacked | 05/07/2017 00:49:12 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 20 | 766E1C71FF552FF186850DD63CC9ECC58D923874 | Tushy | 09/07/2017 00:56:35 | 09/03/2017 | 09/10/2017 | PA0002052851 |
| 21 | 807F407D94E9D91A368B24C5EEA7DBA5FF438450 | Vixen | 06/29/2017 14:01:11 | 06/28/2017 | 07/06/2017 | 15584691463 |
| 22 | 81F635430AB887BFB9F20AFA26C4D808A2C853A7 | Blacked | 11/08/2017 21:47:43 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 23 | 87E1EB78BA0C1020BF560F481EB765F2FB0FC8E5 | Blacked | 06/05/2017 02:22:40 | 06/04/2017 | 07/06/2017 | 15584691223 |
| 24 | 8AA59DD6D888578A9CE7D4E6620DA0E5645B44D3 | Tushy | 07/24/2017 00:31:37 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 25 | 8B6C0A3E0EF068BEF48FDCE92C7086ED1C13C8B4 | Tushy | 11/17/2017 22:26:53 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 26 | 8DD74BAC881068002B2476A3A64C93B76826A9B9 | Tushy | 12/10/2017 01:39:59 | 12/02/2017 | 12/17/2017 | 16159649585 |
| 27 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 09/07/2017 00:16:26 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 28 | 911E2802106F9DC562E1D24A09D7B1D1536A473C | Blacked | 10/23/2017 16:52:45 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 29 | 91B3AD86089D7121F99456C6FDDF0EB1B3AC5387 | Blacked | 09/30/2017 03:09:44 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 30 | 97D21843A5918BE452415605DBC5BD570FAB0FC9 | Tushy | 08/01/2017 05:10:43 | 07/30/2017 | 08/11/2017 | 15711086778 |
| 31 | 98153548043304286560A17C31FDF7BFC937CA2 | Blacked | 05/26/2017 20:59:03 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 32 | 9C012CA07B66FE0DB9D47185A98704545F340AE0 | Vixen | 07/10/2017 13:15:34 | 07/08/2017 | 08/17/2017 | 15732903239 |
| 33 | 9D1114F2ED6D94B73577B2D61F135B08A65E782D | Blacked | 11/12/2017 21:22:07 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 34 | 9D5513F0563852D9FB73EDC7D6318A6BB04334D9 | Tushy | 09/21/2017 15:56:11 | 09/18/2017 | 09/28/2017 | 15894022252 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 9E22D689EF1001069FCE34BD3BD4D4B8927E0989 | Blacked | 09/09/2017 14:01:10 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 36 | 9EA0787D3FFCD7696731A348E3F5C09FB9F65E08 | Vixen | 07/06/2017 18:21:17 | 06/23/2017 | 07/06/2017 | 15584691541 |
| 37 | A39A4EF03CF8F30E706C709DCA309045572ACDB4 | Vixen | 11/30/2017 07:20:14 | 11/25/2017 | 12/17/2017 | 16159428912 |
| 38 | AF8E978A83F8E9E2EC309C8D4D526998B8EF33CA | Blacked | 07/20/2017 18:15:30 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 39 | B05FFC8BE97A556F9C3FDDB6890633EFE1D15660 | Tushy | 07/27/2017 13:18:05 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 40 | C3A0E986DD3409BB0998A7C5B1D2F3EF477B79C5 | Blacked | 09/23/2017 08:18:56 | 09/22/2017 | 10/02/2017 | PA0002057455 |
| 41 | C4F4516C4C9CA9324E464BCA7F37854A01D59877 | Vixen | 09/17/2017 22:53:48 | 09/16/2017 | 09/25/2017 | 15894022913 |
| 42 | C6FBA3069477275EFE6BB2C5020403FD2DFA9F09 | Blacked | 08/29/2017 17:54:13 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 43 | CA328163FA3ADE41786B2BE2C246F9EB7AE2EEA4 | Blacked | 06/21/2017 02:41:09 | 06/09/2017 | 07/06/2017 | 15584064165 |
| 44 | CA6678C58C405A501AF293322491A7DBD8B843A4 | Tushy | 07/20/2017 15:48:44 | 07/15/2017 | 08/10/2017 | 15711014757 |
| 45 | CB9ABC2B058CADE2FA7C0BD6A20558DC0E46EB0D | Blacked | 06/20/2017 19:35:39 | 06/19/2017 | 07/06/2017 | 15584064069 |
| 46 | CC9A9EA6C2B3841F9094730808899CA5F550A5DB | Vixen | 10/23/2017 19:01:54 | 10/21/2017 | 11/15/2017 | 16016503512 |
| 47 | CE53606A9C619C02364B79AB3303AB728AFA69DC | Blacked | 10/21/2017 20:09:34 | 10/17/2017 | 11/15/2017 | 16013343097 |
| 48 | D14D62F0F49D81AA93E84EFBBB201EC6E6D5B459 | Vixen | 08/29/2017 16:45:26 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 49 | D55129297A52F9D96E85025608D919EF09486F3C | Blacked | 07/30/2017 03:16:26 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 50 | D8040D63A3687F0FDD37CF6431FB83408E8ADD5B | Vixen | 07/23/2017 23:20:02 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 51 | E2E738A023ED0C5032A028D5D3AC7DB55D80DDC7 | Vixen | 11/26/2017 15:25:05 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 52 | E3F9D2A37EA101383A2D5D2118A41478B6F91821 | Tushy | 09/30/2017 03:08:46 | 09/28/2017 | 10/10/2017 | 15894022733 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | E60F5984823921C6C882B7AA6F1645B0860E3A9D | Blacked | 08/22/2017 11:48:34 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 54 | E690F912E54F1B470BC216957AC26485B9749A29 | Tushy | 10/26/2017 13:23:27 | 04/21/2017 | 06/15/2017 | PA0002037584 |
| 55 | EA552B32909B0C1970981C8D2F25E7E65689D85F | Blacked | 11/30/2017 19:14:27 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 56 | EDD8AF2639FF2A00047BF7A6E43D009F14BF0EEA | Blacked Ra | 12/10/2017 06:50:22 | 12/08/2017 | 12/17/2017 | 16159649932 |
| 57 | EFB93197559ACB66B5AA36B6221A8B7500121797 | Blacked | 08/05/2017 02:12:20 | 08/03/2017 | 08/17/2017 | 15732904092 |
| 58 | F7F7E07015AE97D77BB7D9816B461F7E8FFAD818 | Tushy | 10/29/2017 22:20:32 | 10/28/2017 | 11/15/2017 | 16013254281 |
| 59 | FD44EDB24CBD0DBFDF7E9F7D0E6A3B4451EDE702 | Vixen | 09/24/2017 18:28:22 | 09/21/2017 | 09/28/2017 | 15894022962 |
| 60 | FD5E373399EF472BD00ED045C4D244E369622FF6 | Blacked | 06/01/2017 02:58:38 | 05/30/2017 | 06/22/2017 | PA0002039295 |